**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 3:24-CR- 18** |
| **vs.** | : | |
| **CHRISTOPHER ALLEN CHANCE,**<br>**AHKIEM NELSON, and**<br>[redacted], | : | **VIOLATIONS:** 18 U.S.C. § 371<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 2 |
| **Defendants.** | : | **FILED UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(CONSPIRACY TO COMMIT FIREARMS OFFENSES)**

Between in or about January 2022 and in or about September 2022, the exact dates being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia, and elsewhere,

**CHRISTOPHER ALLEN CHANCE, and**
[redacted],

defendants herein, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, did knowingly make false and fictitious written statements to such licensed dealers, which statements were intended and likely to deceive the licensed firearms dealers with respect to a fact material to the lawfulness of the sale of a firearm under Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**OVERT ACTS**

In furtherance of the conspiracy and to effect the objects thereof, within the Athens Division of the Middle District of Georgia, and elsewhere, the defendants, **CHRISTOPHER ALLEN CHANCE,**

[redacted], and others, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others:

1. In or about January 2022, [redacted] solicited **CHRISTOPHER ALLEN CHANCE** to purchase a firearm for [redacted].

2. On or about January 20, 2022, **CHRISTOPHER ALLEN CHANCE** purchased a firearm, that is, one (1) Romarm Cugir, Model: Draco, 7.62x39mm caliber pistol, Serial Number: 21DG-3185, from Trading Place Pawn and Indoor Gun Range in Monroe, Georgia.

3. In connection with the firearm acquisition set forth in paragraph 2 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

4. On or about March 31, 2022, **CHRISTOPHER ALLEN CHANCE** purchased a firearm, that is, a Glock, Model: 19, 9mm pistol, Serial Number: BTCP043, from Athens Gun Club in Athens, Georgia.

5. In connection with the firearm acquisition set forth in paragraph 4 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

6. On or about April 4, 2022, **CHRISTOPHER ALLEN CHANCE** purchased firearms, that is, a Glock, Model: 48, 9mm pistol, Serial Number: BVAL980, and a Century Arms, Model: VSKA, 7.62x39mm caliber pistol, Serial Number: SV7P007439, from Trading Place Pawn and Indoor Gun Range in Monroe, Georgia.

7. In connection with the firearms acquisitions set forth in paragraph 6 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

8. On or about April 7, 2022, **CHRISTOPHER ALLEN CHANCE** purchased a firearm, that is, a Glock, Model: 19, 9mm pistol, Serial Number: BWHV922, from Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop in Athens, Georgia.

9. In connection with the firearms acquisitions set forth in paragraph 8 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

10. In or about May 2022, [redacted] solicited **CHRISTOPHER ALLEN CHANCE** to purchase a firearm for [redacted].

11. On or about May 14, 2022, **CHRISTOPHER ALLEN CHANCE** purchased a firearm, that is, a Charles Daly, Model: PAK-9, 9mm pistol, Serial Number: RON2170472, from Americash Title Pawn Inc. in Winder, Georgia.

12. In connection with the firearm acquisition set forth in paragraph 11 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

13. On or about May 23, 2022, **CHRISTOPHER ALLEN CHANCE** purchased a firearm, that is, a Glock, Model: 43, 9mm pistol, Serial Number: AGPK161, from Americash Title Pawn Inc. in Winder, Georgia.

14. In connection with the firearm acquisition set forth in paragraph 13 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT TWO
## (CONSPIRACY TO COMMIT STRAW PURCHASES OF FIREARMS)

On or about September 4, 2022, the exact date being unknown to the Grand Jury, and continuing until on or about September 10, 2022, the exact date being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia and elsewhere, the defendants,

**CHRISTOPHER ALLEN CHANCE, and**
**AHKIEM NELSON,**

defendants herein, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to purchase firearms, to wit: one (1) Glock, Model: 19x, 9mm pistol, Serial Number: BURW573, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ADD223555, and (1) Glock, Model 19x, 9mm pistol, Serial Number: BXRR288, in or otherwise affecting interstate or foreign commerce, for AHKIEM NELSON, knowing or having reasonable cause to believe that AHKIEM NELSON intended to use, carry, possess or sell or otherwise dispose of the firearm in furtherance of a felony, to wit: Participation in Criminal Gang Activity, in violation of Official Code of Georgia Annotated § 16-15-4; and Aggravated Assault, in violation of Official Code of Georgia Annotated § 16-5-21.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, within the Athens Division of the Middle District of Georgia, and elsewhere, the defendants, **CHRISTOPHER ALLEN CHANCE**, **AHKIEM NELSON,** and others, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others:

1. In or about September 2022, **AHKIEM NELSON** solicited **CHRISTOPHER ALLEN CHANCE** to purchase firearms for **AHKIEM NELSON**.

2. On or about September 10, 2022, **AHKIEM NELSON** provided **CHRISTOPHER ALLEN CHANCE** funds for **CHRISTOPHER ALLEN CHANCE** to purchase a firearm for **AHKIEM NELSON** from Athens Gun Club, located at 115 Mill Center Blvd, Athens, Georgia.

3. On or about September 10, 2022, **CHRISTOPHER ALLEN CHANCE** purchased a firearm, that is, a Glock, Model: 19x, 9mm pistol, Serial Number: BURW573, from Athens Gun Club in Athens, Georgia, for **AHKIEM NELSON**.

4. In connection with the firearm acquisition set forth in paragraph 3 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

5. Following the acquisition of the firearm from Athens Gun Club set forth in paragraph 3 above, **CHRISTOPHER ALLEN CHANCE** drove, at the request of **AHKIEM NELSON**, to Franklin Gun Shop, located at 3941 Atlanta Highway, Athens, Georgia, to purchase additional firearms for **AHKIEM NELSON**, with funds that **AHKIEM NELSON** provided to **CHRISTOPHER ALLEN CHANCE** for the purchase of the firearms.

6. On or about September 10, 2022, **CHRISTOPHER ALLEN CHANCE** purchased firearms, that is, a Taurus, Model: G2C, 9mm pistol, Serial Number: ADD223555, and a Glock, Model 19x, 9mm pistol, Serial Number: BXRR288, from Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop in Athens, Georgia, for **AHKIEM NELSON**.

7. In connection with the firearm acquisition set forth in paragraph 6 above, **CHRISTOPHER ALLEN CHANCE** falsely represented on an ATF Form 4473 that he was the actual transferee/buyer of the firearm.

8. Following and in connection with the firearms acquisitions set forth in paragraphs 3 and 6 above, **CHRISTOPHER ALLEN CHANCE** delivered the recently purchased firearms to **AHKIEM NELSON.**

**All in violation of Title 18, United States Code, Section 932(b)(2).**

**COUNT THREE**
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

That on or about January 20, 2022, in the Athens Division of the Middle District of Georgia,

**CHRISTOPHER ALLEN CHANCE, and**
[redacted]**,**

aided and abetted by one another, in connection with the acquisition of a firearm, that is, one (1) Romarm Cugir, Model: Draco, 7.62x39mm caliber pistol, Serial Number: 21DG-3185, from Trading Place Pawn and Indoor Gun Range, located at 1412 South Broad Street, Monroe, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Trading Place Pawn and Indoor Gun Range, which statement was intended and likely to deceive Trading Place Pawn and Indoor Gun Range as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that CHRISTOPHER ALLEN CHANCE represented that he was the actual transferee/buyer of the firearm when in fact [redacted] was the actual transferee/buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) and Section 2.

**COUNT FOUR**
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

That on or about September 10, 2022, in the Athens Division of the Middle District of Georgia,

**CHRISTOPHER ALLEN CHANCE, and**
**AHKIEM NELSON,**

aided and abetted by one another, in connection with the acquisition of a firearm, that is, one (1) Glock, Model: 19x, 9mm pistol, Serial Number: BURW573, from Athens Gun Club, located at 115 Mill Center Blvd, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Athens Gun Club, which statement was intended and likely to deceive Athens Gun Club as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that CHRISTOPHER ALLEN CHANCE represented that he was the actual transferee/buyer of the firearm when in fact AHKIEM NELSON was the actual transferee/buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) and Section 2.

**COUNT FIVE**
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

That on or about September 10, 2022, in the Athens Division of the Middle District of Georgia,

**CHRISTOPHER ALLEN CHANCE, and**
**AHKIEM NELSON,**

aided and abetted by one another, in connection with the acquisition of a firearm, that is, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ADD223555, and (1) Glock, Model 19x, 9mm pistol, Serial Number: BXRR288, from Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, located at 3941 Atlanta Highway, Athens, Georgia, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop, which statement was intended and likely to deceive Kimberly's Jewelry, Inc. – Duncan and Company, d/b/a Franklin Gun Shop as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that CHRISTOPHER ALLEN CHANCE represented that he was the actual transferee/buyer of the

firearm when in fact AHKIEM NELSON was the actual transferee/buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) and Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of May, AD 2024.

C. Aeston
Deputy Clerk